# United States Bankruptcy Court
## District of Nevada

### Case No. <u>09–19385–lbr</u>
**Chapter 7**

In re: (Name of Debtor)

JAMIE RUSSELL PHILLIPS
1716 SANTA ROSALIA DRIVE
NORTH LAS VEGAS, NV 89031

MARY ELIZABETH PHILLIPS
1716 SANTA ROSALIA DRIVE
NORTH LAS VEGAS, NV 89031

Social Security No.:
xxx–xx–6533

xxx–xx–0583

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 11/5/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court